No. 04–7533. GORDON, AKA JONES v. UNITED STATES. C. A. 3d Cir. Reported below: 104 Fed. Appx. 275;

No. 04–7589. Mortier v. United States. C. A. 7th Cir. Reported below: 110 Fed. Appx. 687;

No. 04–8009. Greene v. United States. C. A. 4th Cir. Reported below: 108 Fed. Appx. 814;

No. 04–8240. Pidcoke v. United States. C. A. 5th Cir. Reported below: 111 Fed. Appx. 278;

No. 04–8251. Powell v. United States. C. A. 5th Cir. Reported below: 111 Fed. Appx. 299;

No. 04–8307. Sanchez-Flores v. United States. C. A. 5th Cir. Reported below: 110 Fed. Appx. 463;

No. 04–8309. Smith v. United States. C. A. 11th Cir. Reported below: 124 Fed. Appx. 642;

No. 04–8322. Gaona-Tovar v. United States; and Duarte-Juarez v. United States. C. A. 5th Cir. Reported below: 110 Fed. Appx. 438 (first judgment) and 461 (second judgment);

No. 04–8326. Gooden v. United States. C. A. 5th Cir. Reported below: 111 Fed. Appx. 297;

No. 04–8357. Fulks, aka Wellington v. United States. C. A. 4th Cir. Reported below: 113 Fed. Appx. 507;

No. 04–8360. Cruz-Perez v. United States. C. A. 5th Cir. Reported below: 110 Fed. Appx. 457;

No. 04–8369. Lopez v. United States. C. A. 2d Cir. Reported below: 372 F. 3d 86;

No. 04–8374. Meng Tuan Wang v. United States. C. A. 5th Cir.;

No. 04–8396. Tellez-Boizo v. United States. C. A. 7th Cir. Reported below: 114 Fed. Appx. 754;

No. 04–8402. Bowden v. United States. C. A. 6th Cir. Reported below: 380 F. 3d 266;

No. 04–8422. Green v. United States. C. A. 6th Cir. Reported below: 101 Fed. Appx. 578;

No. 04–8429. Chicas-Sanchez v. United States. C. A. 9th Cir. Reported below: 114 Fed. Appx. 884;

No. 04–8433. Brooks v. United States. C. A. 4th Cir. Reported below: 111 Fed. Appx. 701;

No. 04–8441. Mitchell v. United States. C. A. 11th Cir. Reported below: 116 Fed. Appx. 245;

No. 04–8455. Pipkins et al. v. United States. C. A. 11th Cir. Reported below: 378 F. 3d 1281; and

No. 04–8505. Levy v. United States. C. A. 11th Cir. Reported below: 125 Fed. Appx. 269. Motions of petitioners for

leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).